| | |
|---|---|
| 1 | JACKSON LEWIS LLP |
| 2 | MICHAEL J. CHRISTIAN (SBN 173727)<br>ERIKA BARBARA PICKLES (SBN 215702) |
| 3 | 801 K Street, Suite 2300<br>Sacramento, California  95814 |
| 4 | Telephone:  (916) 341-0404<br>Facsimile:  (916) 341-0141 |
| 5 | Attorneys for Defendant |
| 6 | NATIONAL RAILROAD PASSENGER<br>CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. FOYE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION<br><br>Defendant. | Case No. C 3:08-cv-04796-SI<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Complaint Filed:  July 17, 2008 |

Counsel for Plaintiff Mary B. Foye and Defendant National Railroad Passenger Corporation report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process: Court-sponsored Mediation (ADR L.R. 6).  The parties agree to hold the ADR session by the presumptive deadline (90 days from the date of the order referring the case to an ADR process, unless otherwise ordered).

Dated:  January 9, 2009          /s/ Pamela Y. Price
                                 Pamela Y. Price
                                 Attorney for Plaintiff Mary B. Foye

Dated:  January 9, 2009          /s/ Michael J. Christian
                                 Michael J. Christian
                                 Attorney for Defendant
                                 National Railroad Passenger Corporation

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS          Case No. C 3:08-cv-04796-SI

1 | Pursuant to the parties' stipulation, this matter is hereby referred to Court-sponsored Mediation (ADR L.R. 6). The deadline for the mediation to occur is 90 days from the date of this order.

**IT IS SO ORDERED.**

Dated: _____

_____
Judge Susan Illston
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS    Case No. C 3:08-cv-04796-SI