IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY B. FOYE,

        Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORP.,

        Defendant.
        _____/

No. C 08-04796 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 24, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 16, 2010.

DESIGNATION OF EXPERTS: 4/12/10; REBUTTAL: 4/26/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 21, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by February 19, 2010;

    Opp. Due March 5, 2010; Reply Due March 12, 2010;

    and set for hearing no later than March 26, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 29, 2010 at 3:30 PM.

JURY TRIAL DATE: July 12, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties agreed that defendant may take plaintiff's deposition for a total of 10 hours. Defendant's request for additional hours is denied at this time.
Plaintiff shall file a notice of related case to a MHP case.
The mediation session shall be completed by May 13, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                            SUSAN ILLSTON
                                            United States District Judge