|   |   |
|---|---|
| 1 | PAMELA Y. PRICE, ESQ. (STATE BAR NO.107713) |
|   | PRICE AND ASSOCIATES |
| 2 | A Professional Law Corporation |
|   | The Latham Square Building |
| 3 | 1611 Telegraph Ave., Suite 1450 |
|   | Oakland, CA 94612 |
| 4 | Telephone:(510)452-0292 |
|   | Facsimile: (510)452-5625 |
| 5 |   |
|   | Attorneys for Plaintiff |
| 6 | MARY B. FOYE, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARY B. FOYE, | ) NO. C08-4796 SI |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
|   | ) **TO RESET HEARING DATE FOR** |
| v. | ) **DEFENDANT'S MOTION TO AMEND ITS** |
|   | ) **ANSWER** |
| NATIONAL PASSENGER RAILROAD | ) |
| CORPORATION dba AMTRAK, | ) |
| Defendants. | ) |

Plaintiff MARY B. FOYE, ("MS. FOYE") and Defendant AMTRAK by and through their respective counsel, agree that the hearing set for March 20, 2009 regarding Defendant's Motion to Amend, should be vacated, and request a new schedule as follows:

1. There is good cause to postpone the hearing because Ms. Foye's counsel has requested that the hearing be postponed because she has been in trial in an unrelated matter.

2. The parties stipulate and request that the Court hold the hearing on Defendant's Motion to Amend its Answer on the same day and time as the Case Management Conference on April 24, 2009.

///

///

1163P200DMV

-1-
STIPULATION AND ORDER (C08-4796 SI)

1  IT IS SO STIPULATED.
2  Dated: February 27, 2009            PRICE AND ASSOCIATES
3
4                                      _____/s/_____
                                       PAMELA Y. PRICE, Attorneys for Plaintiff
5                                      MARY B. FOYE
6  Dated: February 27, 2009            JACKSON LEWIS
7
8                                      _____/s/_____
                                       ERIKA BARBARA PICKLES, Attorneys for
9                                      Defendant AMTRAK
10

11                                    **ORDER**

12    The Court having read and considered the Stipulation and [Proposed] Order to

13 Continue the Hearing of Defendant's Motion to Amend its Answer, and good cause

14 appearing therefore, hereby orders that the March 20, 2009 hearing shall be continued to

15 April 24, 2009.   Motion set at 9:00 a.m.

16
17 Date: _____                 _____
                                        SUSAN ILLSTON
18                                      UNITED STATES DISTRICT JUDGE

19
20
21
22
23
24
25
26
27
28

1163P200DMV

-2-
STIPULATION AND ORDER (C08-4796 SI)