```
 1  PRICE AND ASSOCIATES
    PAMELA Y. PRICE (SBN 107713)
 2  pypesq@aol.com
    1611 Telegraph Avenue, Suite 1450
 3  Oakland, CA  94612
 4  Telephone: (510) 452-0292
    Facsimile:  (510) 452-5626
 5  Attorneys for Plaintiff
    MARY B. FOYE
 6
    JACKSON LEWIS LLP
 7  MICHAEL J. CHRISTIAN (SBN 173727)
    christianm@jacksonlewis.com
 8  ERIKA BARBARA PICKLES (SBN 215702)
    picklese@jacksonlewis.com
 9  801 K Street, Suite 2300
    Sacramento, California  95814
10  Telephone:  (916) 341-0404
    Facsimile:  (916) 341-0141
11  Attorneys for Defendant
    NATIONAL RAILROAD PASSENGER
12  CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARY B. FOYE, | Case No. C 3:08-cv-04796-SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION | Complaint Filed: July 17, 2008<br>Trial Date:        July 12, 2010 |
| Defendant. | |

Plaintiff Mary B. Foye and Defendant National Railroad Passenger Corporation ("Amtrak"), by and through their counsel of record, submit the following Stipulation and Proposed Order Continuing the Deadline to Complete Mediation.

      1.    The current deadline to complete mediation is May 13, 2009.

      2.    Good cause exists to continue the mediation deadline 60 days because there are outstanding pleading issues that need to be resolved before the parties mediate.

///

///

1

Stipulation and [Proposed] Order Continuing
Mediation Deadline

Case No. C 3:08-cv-04796-SI

Case 3:08-cv-04796-SI Document 39 Filed 04/15/09 Page 2 of 2
Case 3:08-cv-04796-SI Document 37 Filed 04/13/2009 Page 2 of 2
Apr. 13. 2009 9:29AM Price And Associates No. 4911 P. 2

3. Defendant filed a motion to amend its answer on February 13, 2009.[1] On March 16, 2009, Plaintiff filed a motion to amend her complaint to add two new claims. Both motions will be heard on May 8, 2009. Continuing the mediation deadline 60 days will allow sufficient time for the Court to hear the pending motions and, if necessary, sufficient time for Plaintiff to file an amended complaint and for Defendant to respond to the amended complaint before the parties attempt to mediate. In addition, if Plaintiff's motion to amend her complaint is granted, Defendant will conduct initial discovery of Plaintiff's new claims prior to the mediation. As such, the parties have agreed to request a 60-day continuance of the deadline to complete mediation, such that the deadline is continued from May 13, 2009 to July 13, 2009.

4. The parties' proposed continuance of the mediation deadline will not affect any other deadlines previously set by the Court.

Dated: April 13, 2009

/s/ Pamela Y. Price
Pamela Y. Price
Attorney for Plaintiff Mary B. Foye

Dated: April 13, 2009

/s/ Erika Barbara Pickles
Erika Barbara Pickles
Attorney for Defendant
National Railroad Passenger Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED**: The deadline to complete mediation is continued from May 13, 2009 to July 13, 2009.

Dated: _____

Judge Susan Illston
United States District Court Judge

---

[1] Defendant's motion was re-filed on March 11, 2009 before Judge Marilyn H. Patel, after the case was reassigned to Judge Patel.

2

Stipulation and [Proposed] Order Continuing
Mediation Deadline

Case No. C 3:08-cv-04796-SI