| | |
|---|---|
| 1 | PRICE AND ASSOCIATES |
| 2 | PAMELA Y. PRICE (SBN 107713)<br>pypesq@aol.com |
| 3 | 1611 Telegraph Avenue, Suite 1450<br>Oakland, CA  94612 |
| 4 | Telephone: (510) 452-0292<br>Facsimile:  (510) 452-5626 |
| 5 | Attorneys for Plaintiff<br>MARY B. FOYE |
| 6 | |
| 7 | JACKSON LEWIS LLP<br>MICHAEL J. CHRISTIAN (SBN 173727) |
| 8 | christianm@jacksonlewis.com<br>ERIKA BARBARA PICKLES (SBN 215702) |
| 9 | picklese@jacksonlewis.com<br>801 K Street, Suite 2300 |
| 10 | Sacramento, California  95814<br>Telephone:  (916) 341-0404 |
| 11 | Facsimile:  (916) 341-0141<br>Attorneys for Defendant |
| 12 | NATIONAL RAILROAD PASSENGER<br>CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. FOYE,<br><br>            Plaintiff,<br><br>      v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION<br><br>            Defendant. | Case No. C 3:08-cv-04796-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: July 17, 2008<br>Trial Date:       July 12, 2010 |

        Plaintiff Mary B. Foye and Defendant National Railroad Passenger Corporation ("Amtrak"), by and through their counsel of record, submit the following Stipulation and Proposed Order Continuing the Mediation Deadline and Case Management Conference.

        1.      The current deadline to complete mediation is July 13, 2009.

        2.      Good cause exists to continue the mediation deadline 30 days – until August 13, 2009 – because the parties need to conduct depositions in advance of the mediation to ensure a mutually productive mediation; those depositions are being scheduled for the end of July 2009.

1

Stipulation and [Proposed] Order Continuing                              Case No. C 3:08-cv-04796-SI
Mediation Deadline and Case Management Conference

3. The parties have notified the mediator, David Kelley, of the need to reschedule the mediation and have obtained available dates from Mr. Kelley on or before August 13, 2009. Pending the Court's approval of this Stipulation and Proposed Order, the parties will confirm one of those dates with Mr. Kelley.

4. There is a further case management conference scheduled in this case on July 31, 2009. The parties further stipulate and request that the Court continue that conference until a date after the proposed August 13, 2009 mediation deadline so that the parties can complete mediation before the case management conference.

Dated: June 29, 2009  /s/ Pamela Y. Price
Pamela Y. Price
Attorney for Plaintiff Mary B. Foye

Dated: June 29, 2009  /s/ Erika Barbara Pickles
Erika Barbara Pickles
Attorney for Defendant
National Railroad Passenger Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED**: The deadline to complete mediation is continued from July 13, 2009 to August 13, 2009. The Further Case Management Conference scheduled for July 31, 2009 is continued to August 21, 2009, 2009 at 3:00 p.m.

Dated: _____   _____
Judge Susan Illston
United States District Court Judge

2
Stipulation and [Proposed] Order Continuing                    Case No. C 3:08-cv-04796-SI
Mediation Deadline and Case Management Conference